

RECEIVED
2011 APR 15 P 2:32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and HANNAH JAIR, Revenue Agent,<br><br>Petitioners,<br><br>v.<br><br>NASSER H. MAHALLATI and ZIBA M. BALSINI,<br><br>Respondents. | CV 11 1840 JF HRL<br>NO.<br>[Proposed]<br>ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS |

Good cause having been shown by the petitioners upon its petition filed in the above-entitled proceeding on April 15, 2011, it is hereby:

**ORDERED** that respondents NASSER H. MAHALLATI and ZIBA M. BALSINI appear before this Court on the 10th day of June, 2011, at 9 a.m., in Courtroom No. 3, 5th Floor, United States District Court, 280 South 1st Street, San Jose California, and then and there show cause, if any, why respondents should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondents as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondents in accordance with Rule 4 of the

1  Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of
2  this Order above specified; and it is further
3      **ORDERED** that within twenty-one (21) days before the return date of this Order,
4  respondents may file and serve a written response to the petition, supported by
5  appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well
6  as any motion respondents desire to make, that the petitioner may file and serve a written
7  reply to such response, if any, within fourteen (14) days before the return date of this
8  Order; that all motions and issues raised by the pleadings will be considered on the return
9  date of this Order, and only those issues raised by motion or brought into controversy by
10 the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered
11 at the return of this Order, and any uncontested allegation in the petition will be
12 considered admitted.
13     **ORDERED** this 29th day of April, 2011, at San Jose, 
14 California.

_____
UNITED STATES DISTRICT JUDGE